[No. 5351–1. Division One. July 10, 1978.]

WILLIAM TURNER, ET AL, *Appellants*, v. FARMERS MARKET OF LYNNWOOD, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 135087, Daniel T. Kershner, J., entered January 12, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Callow, J.

[No. 5433–1. Division One. July 10, 1978.]

JANETTE AGAR, *Respondent*, v. ROBERT AGAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. D–9133, Nancy A. Holman, J., entered March 1, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris, C.J., and Callow, J.

[No. 5458–1. Division One. July 10, 1978.]

THE STATE OF WASHINGTON, *Appellant*, v. JESUS VILLA FLORES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 78558, Francis E. Holman, J., entered February 10, 1977. *Affirmed* by unpublished opinion per Dore, J., concurred in by Williams and Andersen, JJ.